| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Brian A. Paino (SBN 251243)<br>bpaino@piteduncan.com<br>PITE DUNCAN, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933<br>Telephone: (858) 750-7600<br>Facsimile: (619) 590-1385<br><br>☐ Individual appearing without attorney<br>☒ Attorney for: Defendant JPMorgan Chase Bank, N.A | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>ADINA I. ZAHARESCU,<br><br>Debtor(s). | CASE NO.: 1:12-bk-11362-MT<br>ADVERSARY CASE NO.: 1:12-ap-01250-MT<br>CHAPTER: 11 |
|---|---|
| ADINA I. ZAHARESCU,<br>Plaintiff(s).<br>vs.<br>JPMORGAN CHASE BANK, N.A.,<br>Defendant(s). | **JOINT STATUS REPORT**<br>**LBR 7016-1(a)(2)**<br><br>DATE: 05/30/2013<br>TIME: 11:00 am<br>COURTROOM: 302<br>PLACE: 21041 Burback Blvd., Suite 324<br>Woodland Hills, CA 91367 |

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE: Honorable Maureen A. Tighe

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

### A. PLEADINGS/SERVICE:

1. Have all parties been served? ☒ Yes ☐ No
2. Have all parties filed and served answers to the complaint/counter-complaints/etc.? ☒ Yes ☐ No
3. Have all motions addressed to the pleadings been resolved? ☒ Yes ☐ No
4. Have counsel met and conferred in compliance with LBR 7026-1? ☐ Yes ☒ No

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 1    F 7016-1.STATUS.REPORT

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," then please explain below (*or on attached page*):

    Defendant filed a motion to dismiss Plaintiff's bankruptcy case on March 15, 2013. The matter was taken under submission. If the motion is denied, the parties will promptly complete the LBR 7026-1 conference.

B. **READINESS FOR TRIAL:**

   1. When will you be ready for trial in this case?

   | Plaintiff | Defendant |
   |---|---|
   | 12/01/2015 | 12/01/2015 |

   2. If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.

   | Plaintiff | Defendant |
   |---|---|
   | The case only recently came at issue. | Status of case in light of Defendant's motion to dismiss Plaintiff's bankruptcy and prior motions to dismiss in this case |

   3. When do you expect to complete <u>your</u> discovery efforts?

   | Plaintiff | Defendant |
   |---|---|
   | 9/1/2013 | 9/1/2013 |

   4. What additional discovery do you require to prepare for trial?

   | Plaintiff | Defendant |
   |---|---|
   | Written and oral discovery | Requests for Production, Requests for Admission, Interrogatories and Depositions |

C. **TRIAL TIME:**

   1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

   | Plaintiff | Defendant |
   |---|---|
   | 1 to 2 days | 1 day |

   2. How many witnesses do you intend to call at trial (*including opposing parties*)?

   | Plaintiff | Defendant |
   |---|---|
   | Not certain but estimated at 4 to 8 | Undetermined |

   3. How many exhibits do you anticipate using at trial?

   | Plaintiff | Defendant |
   |---|---|
   | Undetermined | Undetermined |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 2                                F 7016-1.STATUS.REPORT

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☒ is ☐ is not requested | Pretrial conference ☒ is ☐ is not requested |
| Reasons: | Reasons: |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after: | Pretrial conference should be set after: |
| (date) 11/15/2013 | (date) 11/15/2013 |

E. **SETTLEMENT:**

1. What is the status of settlement efforts?

   The parties have not discussed settlement options.

2. Has this dispute been formally mediated?    ☐ Yes   ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☒ Yes  ☐ No | ☐ Yes  ☒ No |

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 3                                F 7016-1.STATUS.REPORT

F. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Respectfully submitted,

Date: 05/21/2013

HUGHES & DUNSTAN LLP
Printed name of law firm

*/s/ Simon J. Dunston*
Signature

Simon J. Dunston
Printed name

Attorney for: Plaintiff Adina I. Zaharescu

Date: 05/21/2013

PITE DUNCAN, LLP
Printed name of law firm

*/s/ Brian A. Paino*
Signature

Brian A. Paino
Printed name

Attorney for: Defendant JPMorgan Chase Bank, N.A.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 4                    F 7016-1.STATUS.REPORT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4375 Jutland Drive, Suite 200, P.O. Box 17935. San Diego, CA 92177-0935

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT LBR 7016-1(a)(2)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/23/2013 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Simon J Dunstan    hughesanddunstan@gmail.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 05/23/2013 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Adina I. Zaharescu, 4351 La Barca Drive, Tarzana, CA 91356
Honorable Maureen A. Tighe, 21041 Burbank Blvd., Suite 324, Woodland Hills, CA 91367

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/23/2013 | Meliza Martinez-Meza | /s/ Meliza Martinez-Meza |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 5    F 7016-1.STATUS.REPORT